**FILED**
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JF

Bloodsaw Theopric, et al.,
　　　　　Plaintiff,

vs.

Thom James C.
Holmes T. R.
Northrup L. W.,
　　　　　Defendant.

CASE NO. CV 08 3621

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  *In the year of 2000 at San Quentin State*
4  *Prison I had no pay No. Prior to that I'm home-*
5  *less and disable (ADA)*
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.    Business, Profession or                    Yes ___  No ✓
9           self employment
10    b.    Income from stocks, bonds,                 Yes ✓   No ___
11          or royalties?
12    c.    Rent payments?                             Yes ___  No ✓
13    d.    Pensions, annuities, or                    Yes ___  No ✓
14          life insurance payments?
15    e.    Federal or State welfare payments,         Yes ___  No ✓
16          Social Security or other govern-
17          ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 *$13.00 from my Aunt on 1-14-08 serial No.*
21 *200479669335*
22 3.    Are you married?                              Yes ___  No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.    a.    List amount you contribute to your spouse's support : $ **N/A**
28       b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                  - 2 -

1       and indicate how much you contribute toward their support. (NOTE: For minor

2       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3 ___*N/A*_____

4 _____

5   5.     Do you own or are you buying a home?       Yes ____ No __✓__

6   Estimated Market Value: $_____ Amount of Mortgage: $_____

7   6.     Do you own an automobile?                      Yes ____ No __✓__

8   Make _____ Year _____ Model _____

9   Is it financed? Yes _____ No _____ If so, Total due: $ _____

10   Monthly Payment: $ _____

11   7.     Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

12   Name(s) and address(es) of bank: _____

13 _____

14   Present balance(s): $ _____

15   Do you own any cash? Yes ____ No __✓__ Amount: $ _____

16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17   market value.) Yes ____ No __✓__

18 _____

19   8.     What are your monthly expenses?

20   Rent: $ ___*N/A*_____ Utilities: ___*N/A*_____

21   Food: $ ___*N/A*_____ Clothing: ___*N/A*_____

22   Charge Accounts:

23   Name of Account           Monthly Payment           Total Owed on This Acct.

24   _____       $ _____       $ _____

25   _____       $ _____       $ _____

26   _____       $ _____       $ _____

27   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

28   they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____       - 3 -

1  N/A

2

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                                Yes ✓  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  CV-00752-JF-550; CV-20505-JF-530

8

9      I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11     I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13

14  7-7-08                              T. Bledsaw
15    DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____        - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.        (20%= $0.20)

Dated: 7/14/08                                    _____
                                                  Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

REPORT ID: TS3030.708 Case 5:08-cv-08621-JF   Document 2   Filed 07/29/2008   Page 6 of 7   REPORT DATE: 07/14/08
PAGE NO:     1

```
CALIFORNIA DEPARTMENT OF CORRECTIONS
        PELICAN BAY STATE PRISON
       INMATE TRUST ACCOUNTING SYSTEM
        INMATE TRUST ACCOUNT STATEMENT

     FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008
```

ACCOUNT NUMBER : P20045                    BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT   ACCOUNT TYPE: I
PRIVILEGE GROUP: C

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/14*DD30 | | CASH DEPOSIT | 2981 #138 | | 5.85 | | 5.85 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 1.90 | 3.95 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 0.20 | 3.75 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.31 | 2.44 |
| 01/22 | W513 | MISC. CHARGES | 3121 | | | 0.20 | 2.24 |
| 01/31 | W919 | REVERSE LEGAL | 3295/3049 | | | 1.27- | 3.51 |
| 01/31 | W215 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 2.34 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 1.17 |
| 01/31 | W212 | FEDERAL FILIN | 3295 1/14 | | | 1.17 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 02/05/2008 | H116 | FEDERAL FILING FEE HOLD | 3408 INI | 0.30 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                   CASE NUMBER: YA053506
COUNTY CODE: LA                            FINE AMOUNT: $    250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | 240.00 |
| 01/14/08 | DR30 | REST DED-CASH DEPOSIT | 6.50- | 233.50 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 14, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |

CURRENT AVAILABLE BALANCE

0.30-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE